# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ESPRITT,<br><br>        Plaintiff,<br><br>    v.<br><br>A SAESEE, et al.,<br><br>        Defendants. | 1:11-cv-00519-AWI-GSA-PC<br><br>ORDER IN RESPONSE TO PLAINTIFF'S MOTION FOR CONFIRMATION<br>(Doc. 21.) |

Brian Espritt ("Plaintiff"), a civil detainee at Atascadero State Hospital in Atascadero, California, is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 28, 2011. (Doc. 1.) On October 21, 2011, Plaintiff filed the First Amended Complaint. (Doc. 12.) On June 22, 2012, the Court issued an order requiring Plaintiff to either file a Second Amended Complaint or notify the Court of his willingness to proceed with the claims in the First Amended Complaint found cognizable by the Court. (Doc. 15.) On July 20, 2012, Plaintiff filed the Second Amended Complaint, bringing claims against correctional officers at the SATF for excessive force and confiscation of personal property. (Doc. 17.)

On March 1, 2013, Plaintiff filed a motion for confirmation that the Court had received notice of his current address at Atascadero State Hospital, and a "log sheet."[1] (Motion, Doc. 21 at 1.)

---

[1] Plaintiff also brought a motion for preliminary injunctive relief on March 1, 2013, which shall be addressed by separate order.

1

1    The Court confirms that on November 26, 2012, Plaintiff filed a notice of change of address
2 at the Court, changing his address to Atascadero State Hospital, Unit #12, AT #063103-6, P.O. Box
3 7001, Atascadero, California 93423-7001. (Doc. 20.) Plaintiff is advised that his new address has
4 been entered on the Court's record.

5    With respect to the log sheet, the Court finds no entry on the Court's record for this action
6 showing receipt of a log sheet from Plaintiff. Should Plaintiff wish to make another inquiry, he
7 should describe the log sheet and inform the Court when he sent it.

8    This order RESOLVES Plaintiff's motion for confirmation, filed on March 1, 2013.

10   IT IS SO ORDERED.

11   **Dated:   March 7, 2013**                    /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE