UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ESPRITT,<br><br>            Plaintiff,<br><br>     vs.<br><br>A. SAESEE, et al.,<br><br>            Defendants. | 1:11-cv-00519-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 23.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br>(Doc. 21.) |

   Brian Espritt ("Plaintiff") a civil detainee at Atascadero State Hospital in Atascadero, California, is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 7, 2013, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied.  (Doc. 23.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  On March 18, 2013, Plaintiff filed what amounts to a notice of non-opposition to the findings and recommendations  (Doc. 24.)

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

1

the Court finds the findings and recommendations to be supported by the record and proper analysis.

   Accordingly, THE COURT HEREBY ORDERS that:

1.   The Findings and Recommendations issued by the Magistrate Judge on March 7, 2013, are ADOPTED IN FULL; and

2.   Plaintiff's motion for preliminary injunctive relief, filed on March 1, 2013, is DENIED.

IT IS SO ORDERED.

Dated:  April 26, 2013                   
                SENIOR DISTRICT JUDGE