1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10    BRIAN ESPRITT,                          1:11-cv-00519-AWI-GSA-PC

11              Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
12        vs.                                  (Doc. 23.)

13    A. SAESEE, et al.,                       ORDER DENYING PLAINTIFF'S MOTION
                                               FOR PRELIMINARY INJUNCTIVE
14              Defendants.                     RELIEF
                                               (Doc. 21.)
15

16

17        Brian Espritt ("Plaintiff") a civil detainee at Atascadero State Hospital in Atascadero,

18   California, is proceeding pro se and in forma pauperis with this civil rights action pursuant to

19   42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

20   U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On April 30, 2013, Findings and Recommendations were filed that recommended

22   dismissal of certain claims and defendants.  (Doc. 30.)  Plaintiff was provided an opportunity to

23   file objections to the findings and recommendations within thirty days.  Plaintiff filed no

24   objection or response of any kind.

25        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

26   Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

27   the Court finds the findings and recommendations to be supported by the record and proper

28   analysis.

1    Accordingly, THE COURT HEREBY ORDERS that:

2

3    1.    The Findings and Recommendations issued by the Magistrate Judge on April 30,

      2013, are ADOPTED IN FULL;

4

5    2.    This action shall proceed only against defendants Saesee, Hill, Torres, Davis,
           Lopez, Ballesteros, and Magallon for use of excessive force in violation of the

6          Eighth Amendment; and

7

8    3.    All remaining claims and defendants are dismissed from this action;

      a.    Plaintiff's claim for loss of property, ADA claim, medical claim, claim

9           for denial of access to courts, and claims for declaratory relief and
            attorney's fees are dismissed from this action based on Plaintiff's failure

10          to state a claim; and

11

      b.    Defendants Velazquez, Furlong, and Goss are dismissed from this action

12          based on Plaintiff's failure to state any claims upon which relief may be
            granted against them.

13

14

15

16

IT IS SO ORDERED.

17

Dated:   June 19, 2013                    _____

18                                            SENIOR  DISTRICT  JUDGE

19

20

21

22

23

24

25

26

27

28