UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRIAN ESPRITT,

        Plaintiff,

  vs.

A. SAESEE, et al.,

        Defendants.

1:11-cv-00519-AWI-GSA-PC

ORDER STRIKING PLAINTIFF'S EXHIBITS FILED ON SEPTEMBER 10, 2014 AS UNTIMELY AND IN VIOLATION OF LOCAL RULE 220
(Doc. 65.)

## I.   BACKGROUND

Brian Espritt ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 28, 2011.  (Doc. 1.)  This case now proceeds on the Second Amended Complaint, filed by Plaintiff on July 20, 2012, against defendants A. Saesee (Correctional Counselor I) and Correctional Officers (C/Os) S. Hill, S. Torres, J. Davis, M. Lopez, A. Ballesteros, and Y. Magallon (collectively, "Defendants"), for use of excessive force in violation of the Eighth Amendment.  (Doc. 17.)[1]

On May 7, 2014, Defendants filed a Rule 12(b)(6) motion to dismiss.  (Doc. 56.)  On August 18, 2014, Plaintiff filed an opposition to the motion.  (Doc. 62.)  On August 25, 2014, Defendants filed a reply to Plaintiff's opposition.  (Doc. 63.)  On September 10, 2014, Plaintiff filed exhibits in support of his opposition.  (Doc. 65.)

## II.   LOCAL RULE 230(*l*) – UNTIMELY FILING

Plaintiff's exhibits in support of his opposition were untimely filed.  Under Local Rule 230(*l*), Plaintiff was permitted to file an opposition to Defendants' motion "not more than

---

[1] On June 20, 2013, the court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983.  (Doc. 33.)

1

twenty-one (21) days after the date of service of the motion." L.R. 230(*l*). Defendants' motion was served on May 7, 2014, and Plaintiff filed his exhibits in support of his opposition on September 10, 2014, more than twenty-one days after May 7, 2014, (Docs. 56-2, 65). Therefore, Plaintiff's exhibits were untimely filed and shall be stricken from the record.

### III.    LOCAL RULE 220 – CHANGED PLEADINGS

Plaintiff's exhibits also violate Rule 220 which provides, in pertinent part, "[u]nless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading." L.R. 220.  On August 18, 2014, Plaintiff filed an opposition to Defendants' motion to dismiss. (Doc. 62.)  On September 10, 2014, Plaintiff submitted exhibits in support of the opposition. (Doc. 65.)  Under Rule 220, Plaintiff may not amend his opposition by submitting exhibits in support of the opposition after the opposition has been filed.  Therefore, Plaintiff's exhibits filed on September 10, 2014, were filed in violation of Local Rule 220.

### IV.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's exhibits, filed on September 10, 2014, are STRICKEN from the record as untimely filed and in violation of Local Rule 220.

IT IS SO ORDERED.

Dated:    **September 13, 2014**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE